In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-205 CV


 ______________________



HAROLD K. GAUSE, Appellant



V.



MARCUS PARKER, JR. AND SAMUEL HILL, Appellees






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. CIV24040






MEMORANDUM OPINION


 On May 1, 2008, Harold K. Gause filed notice of appeal. The trial court verbally
granted a temporary injunction but has not signed a written order. Generally, appellate courts
review only final judgments and interlocutory orders specifically made appealable by statute. 
Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001). When the trial court grants
a temporary injunction, the appellate timetables run from the date the trial court signs the
written order. See Tex. R. App. P. 26.1(b). In this case, the trial court has not reduced its
order to writing. The Court requested a written reply addressing this Court's jurisdiction, and
informed the parties a failure to respond may result in dismissal of the appeal. The parties
did not respond. Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered June 26, 2008


Before McKeithen, C.J., Gaultney and Kreger, JJ.